# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
# WHITE PLAINS DIVISION

| | |
|---|---|
| IN RE HELEN RACANELLI | |
| Debtor. | Case No. 16-22617-rdd |
| | Adv. No. 16-08254-rdd |
| HELEN RACANELLI | |
| Plaintiff, | **NOTICE OF DEFENDANTS BANK OF AMERICA, N.A. AND RECONTRUST COMPANY, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| BANK OF AMERICA, N.A., NATIONSTAR MORTGAGE LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 06-00019, ASSET-BACKED CERTIFICATES, SERIES 06-00019, AND RECONTRUST | |
| Defendants. | |

**PLEASE TAKE NOTICE** that, the undersigned counsel for Defendants Bank of America, N.A. ("BANA") and Recontrust Company, N.A. ("Recontrust, and collectively with BANA the "BANA Defendants") shall move before the Honorable Robert D. Drain, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York, at 10:00 a.m. on March 8, 2017, for entry of an Order granting BANA Defendants' Motion to Dismiss the November 29, 2016 ("Complaint" or "Compl.") of Plaintiff Helen Racanelli ("Plaintiff") with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that the Complaint fails to state a claim upon which relief may be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, the BANA Defendants will rely upon the Memorandum of Law and Affirmation of Heather Elizabeth Saydah, dated January 20, 2017.

        WINSTON & STRAWN, LLP

BY:    */s/Heather Elizabeth Saydah*
        Heather Elizabeth Saydah, Esq.
        200 Park Avenue
        New York, NY 10166-4193
        Telephone: (212) 294-5312
        hsaydah@winston.com
        *Counsel for Defendants Bank of America,*
        *N.A. and Recontrust Company, N.A.*

Dated: New York, NY
       January 20, 2017