# Tirelli & Wallshein, LLP

| | |
|---|---|
| Westchester Financial Center | 115 Broad Hollow Road |
| 50 Main Street, Suite 405 | Suite 350 |
| White Plains, New York 10606 | Melville, NY 11747 |
| Phone (914)682-2064 | (631)824-6555 |

Linda M. Tirelli*
Charles H. Wallshein**
Charles W. Marino***

*Admitted CT, USDCCT, SDNY, EDNY and SCOTUS
**Admitted NY, USDC EDNY
***Admitted NY, USDC EDNY, SDNY

April 6, 2017

Hon. Robert D. Drain
US Bankruptcy Court – SDNY
300 Quarropas Street
White Plains, NY 10601-4140

      RE:    Helen Racanelli Chapter 13 Case No.: 16-22617
              And Related AP 16-08254 Racanelli v. Bank of America NA et al

Dear Judge Drain:

Please be advised that this office represents the above-referenced Plaintiff / Debtor Helen Racanelli in all matters pertaining to her Chapter 13 Bankruptcy Case and related adversary proceeding.

Pursuant to my conversation with Mr. Tavarez of Your Honor's Chambers, all matters related to the Adversary Proceeding including Motion to Dismiss Adversary Proceeding (Doc. No. 13), Motion to Dismiss Adversary Proceeding (Doc. No. 14) and Objection to Motion for Judicial Notice (Doc. No. 19) , along with the pre-trial conference are scheduled for **July 11, 2017 at 10:00 AM.**

This letter is to clear up any confusion regarding the scheduling in this matter. Thank you for your time and attention in this matter. I remain

Very truly yours,

/s/ Linda M. Tirelli
Linda M. Tirelli, Esq.
Attorney for Debtor

CC:
Bruce Jacobs, Esq.
Nicole A. Leonard, Esq.
Heather E. Saydah, Esq.
Deborah Amadio

Jody Kava, Esq.
Kate Heidbrink, Esq.
Robert W. Griswold, Esq.
Shari Barak, Esq.