**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————— x

IN RE HELEN RACANELLI              :

                           :  Chapter 13

       Debtor.           :  Case No. 16-22617-rdd

                           :

————————————————————     :

                           :

HELEN RACANELLI            :

                           :  Adv. Pro. No. 16-08254-rdd

       Plaintiff,        :

                           :

v.                           :

                           :

BANK OF AMERICA, N.A., NATIONSTAR  :

MORTGAGE LLC, U.S. BANK NATIONAL  :

ASSOCIATION, AS TRUSTEE FOR GSAA  :

HOME EQUITY TRUST 06-00019, ASSET-  :

BACKED CERTIFICATES, SERIES 06-00019, :

AND RECONTRUST            :

                           :

       Defendants.      :

——————————————————————— x

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS
BANK OF AMERICA. N.A. AND RECONTRUST COMPANY, N.A.'S
MOTION TO DISMISS PLAINTIFF'S ADVERSARY COMPLAINT**

      Upon the motion, dated January 20, 2017 [Dkt. 12] and refiled on January 24, 2017 [Dkt.

13] (the "Motion") of defendants Bank of America, N.A. ("BANA") and Recontrust Company,

N.A. (together with BANA, the "BANA Defendants"), for an order under Fed. R. Bankr. P. 7012

dismissing the November 29, 2016 ("Complaint") of plaintiff  Helen Racanelli ("Plaintiff"); and

it appearing that due and sufficient notice of the Motion and the hearing thereon was provided;

and upon Plaintiff's objection to the Motion and all other pleadings filed in connection therewith;

and upon the record of the July 11, 2017 hearing held by the Court on the Motion; and, after due

deliberation and for the reasons stated by the Court in its bench ruling at the hearing, and good

and sufficient cause appearing for the relief set forth herein, it is hereby ORDERED that:

1.      The Motion is granted, without prejudice to the extent set forth in paragraph 3 hereof, as to the BANA Defendants as to Counts One (civil conspiracy to commit fraud), Two (RICO), Six (declaratory relief), and Seven (sanctions and damages).

2.      The Motion is denied as to the BANA Defendants as to Count Three (waiver of tender).

3.      Plaintiff shall have until August 10, 2017 to file a motion under Fed. R. Bankr. P. 7015 for leave to file an amended complaint.  Such motion shall attach the proposed amended complaint, marked to show changes from the Complaint, as an exhibit thereto.

Dated:  White Plains, New York
        July 24, 2017

                                        */s/ Robert D. Drain*            
                                        United States Bankruptcy Judge